IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09cv22

| | |
|---|---|
| CONSUELO ALVAREZ COSBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion to Stay Proceedings. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay Proceedings (#18) is **GRANTED,** and all deadlines contained in the Pretrial Order, as well as any obligation of responding to outstanding discovery requests or attending depositions, is **STAYED** pending the issuance of a Memorandum and Recommendation on the pending Rule 12(c) motion and the district court's review and final decision on any such recommendation.

Signed: September 30, 2009

Dennis L. Howell
United States Magistrate Judge